IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARC SOLOMON AND | § | |
| DORENNE SOLOMON | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO.: 4:16-CV-2682 |
| | § | |
| HARTFORD LLOYDS INSURANCE | § | |
| COMPANY AND MATTHEW | § | |
| TANNEBAUM | § | |
|     Defendant | § | |

**DECLARATION INVOKING OFFER OF SETTLEMENT PROCEDURE
BY HARTFORD LLOYDS INSURANCE COMPANY AND MATTHEW TANNEBAUM**

Defendants Hartford Lloyds Insurance Company ("Hartford") and Matthew Tannebaum

("Tannebaum") file this Declaration Invoking Offer of Settlement Procedure pursuant to Chapter

42 of the Texas Civil Practice and Remedies Code, and respectfully shows the following:

**I.
INTRODUCTION**

1.       Plaintiffs Marc and Dorenne Solomon ("Plaintiff") filed this claim for monetary

damages against Hartford and Tannebaum on August 26, 2016.[1]  This lawsuit stems from an

insurance related claim made for damage to Plaintiffs' property at 13007 Campos Drive,

Houston, Texas 77065, which is alleged to have been caused by a wind and hail storm on April

17, 2016.  Plaintiffs have asserted claims for breach of contract and extra-contractual causes of

action, including but not limited to alleged violations of the Texas Insurance Code, the Texas

Deceptive Trade Practices Act, and breach of duties sounding in tort.  This suit is not a class

action; shareholder's derivative action; an action by or against a governmental unit; an action

---

[1] Plaintiffs' First Amended Petition was filed on August 26, 2016, naming Tannebaum as a defendant for the first time.  The Original Petition, naming Hartford and another individual defendant who has since been nonsuited on August 1, 2016.  "The settlement procedures provided in this chapter apply only to claims for monetary relief." *See* TEX. CIVIL. PRAC. & REM. CODE § 42.002(a).

brought under the Texas Family Code; an action to collect workers' compensation benefits under Subtitle A, Title 5, Labor Code; or an action filed in a justice of the peace court or a small claims court.[2]

2.      Hartford and Tannebaum file this declaration invoking the procedures for making an offer of settlement in exchange for a full release of Plaintiffs' claims against Hartford and Tannebaum, and any of their agents, servants, contractors, or employees for whom they may be held legally responsible in connection with the above-captioned case.

WHEREFORE, PREMISES CONSIDERED, Hartford and Tannebaum respectfully pray that this Court acknowledge this Declaration Invoking Offer of Settlement Procedure and, should the offer not be accepted on a timely basis, award Hartford and Tannebaum court costs, reasonable fees for testifying experts, reasonable attorneys' fees, and all such other relief to which Hartford and Tannebaum may be justly entitled.

Respectfully submitted,

/s/ Martin R. Sadler
Martin R. Sadler
msadler@lawla.com
Texas Bar No. 00788842
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD,
A LAW CORPORATION
815 Walker Street, Suite 1447
Houston, Texas 77002
Telephone:  (713) 222-1990
Facsimile:  (713) 222-1996

ATTORNEY-IN-CHARGE FOR DEFENDANTS
HARTFORD LLOYDS INSURANCE COMPANY
AND MATTHEW TANNEBAUM

---

[2] TEX. CIVIL. PRAC. & REM. CODE § 42.002(b)

Of Counsel

Rebecca A. Moore
rmoore@lawla.com
Texas Bar No. 24031701
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
  A LAW CORPORATION
801 Travis Street, Suite 1800
Houston, Texas 77002
Telephone:  (713) 222-1990
Facsimile:  (713) 222-1996

## <u>CERTIFICATE OF SERVICE</u>

      This is to certify that a true and correct copy of the above pleading has been forwarded by Electronic service on this the 24th day of February, 2017 to:

    Chad T. Wilson
    Texas Bar No. 24079587
    Stephen Mengis
    Texas Bar No. 24094842
    The Chad T. Wilson Law Firm
    1322 Space Park Drive, Suite A155
    Houston, Texas 77058
    Telephone:  (832) 415-1432
    Facsimile:  (281) 290-2137

*/s/ Martin R. Sadler*
Martin R. Sadler