IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARC SOLOMON AND <br> DORENNE SOLOMON <br> Plaintiffs <br><br> v. <br><br><br> HARTFORD LLOYDS INSURANCE <br> COMPANY AND MATTHEW TANNEBAUM <br> Defendant. | §§§§§§§§§§ | CASE NO. 4:16-cv-2682 |

## PARTIES' AGREED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE COURT:

Plaintiff Marc and Dorenne Solomon ("Plaintiffs") and Defendant Hartford Lloyds Insurance Company ("Hartford") and Matthew Tannebaum ("Tannebaum"), collectively referred to as Defendants and files this Agreed Motion to Dismiss with Prejudice and respectfully show the following:

### I.
### PROCEDURAL POSTURE

Plaintiffs sued their homeowner's insurance carrier for coverage under the insurance policy, based on a storm that allegedly damaged the property located at 13007 Campos Drive, Houston, Texas 77065 on or about April 17, 2016. The insurance policy is identified as Policy Number 61RBA343514 issued by The Hartford. Plaintiffs and Hartford have entered into a confidential settlement to amicably resolve all claims and damages. Hartford denies all liability to Plaintiffs.

## II.
## AGREED MOTION TO DISMISS

Because this case has been amicably settled in respect to all claims asserted by Plaintiffs, or that could have been asserted by Plaintiffs, the Parties respectfully request that this Court dismiss this case with prejudice with each party bearing its own respective costs and attorneys' fees. A proposed Agreed Order of Dismissal with Prejudice is attached.

## III.
## PRAYER

Plaintiffs and Hartford respectfully pray that this court sign the attached Agreed Order of Dismissal with Prejudice.

Respectfully submitted,

_____
Chad T. Wilson
Texas Bar No. 24279587
Chad T. Wilson Law Firm, PLLC
455 East Medical Center Blvd, #555
Webster, Texas 77598
Telephone: (832) 415-1432
Facsimile: (281) 940-2137
Email: cwilson@cwilsonlaw.com

ATTORNEY FOR PLAINTIFFS

_____
Martin R. Sadler
Federal Bar No. 18230
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, A Law Corporation
801 Travis Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 222-1990
Facsimile: (713) 222-1996
Email: msadler@lawla.com

ATTORNEY FOR DEFENDANTS

## Certificate of Service

This is to certify that a true and correct copy of the above pleading has been forwarded by electronic service on this, the 28th of April, 2017.

Chad T. Wilson
455 East Medical Center Blvd, #555
Webster, Texas 77598

_____
Martin R. Sadler

2