United States District Court
Southern District of Texas

**ENTERED**
May 03, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARC SOLOMON AND DOREENE SOLOMON<br>Plaintiffs<br><br>v.<br><br>HARTFORD LLOYDS INSURANCE COMPANY AND MATTHEW TANNENBAUM<br>Defendants. | § § § § § § § § § § § § |

CIVIL ACTION NO.: 4:16-CV-2682

## ORDER

Before the Court is the *Parties' Agreed Motion to Dismiss with Prejudice.* Accordingly, all claims in the above-captioned case are DISMISSED WITH PREJUDICE, each party to bear their own costs and attorneys' fees.

It is SO ORDERED.

Signed this the 2nd day of May, 2017.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE